IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA ZELLERS,<br>    **Plaintiff** | :   No. 3:23cv1188<br>:<br>:   (Judge Munley) |
| v. | : |
| MUJAHID A. IBRAHIM and RANI<br>EXPRESS LLC,<br>    **Defendants** | :<br>:<br>: |

## ORDER

**AND NOW**, this 2nd day of April 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's motion to amend (Doc. 9) is **GRANTED**;

2) The Clerk of Court is directed to accept plaintiff's amended complaint (Doc. 12) as filed of the date of this decision and mark the docket appropriately; and

3) Defendants shall file an answer or other responsive pleading according to the timeframes established in the Federal Rules of Civil Procedure.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court